**No. 43492.**—Protests 16059–K, etc., of Wm. J. Beer Co., Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43493.**—Petition 5970–R of Columbia Co. (San Francisco).

Opinion by DALLINGER, J. The petition was dismissed.

**No. 43494.**—Protest 8027–K of Treetex Corporation (Baltimore).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of wallboard the same in all material respects as that the subject of Abstract 43196. The claim at 10 percent under paragraph 1402 was therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 15, 1940

**No. 43495.**—Protests 748269–G, etc., of Asia Co. et al. (Los Angeles).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43496.**—Protests 772394–G, etc., of Alexander & Baldwin, Ltd., et al. (Honolulu).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43497.**—Protests 866607–G, etc., of William Davies Co., Inc., et al. (Pembina).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.